Byron R. Yanders, Plaintiff-Appellee, v. Lee
Cline, Defendant-Appellant.

Gen. No. 67–101.

Third District.

June 3, 1968.

Rehearing denied July 16, 1968.

Thomas C. Stifler, of Danville, for appellant; John W. Unger, of Danville, for appellee.
Opinion by JUSTICE SCHEINEMAN. Not to be published in full.